

FILED IN OPEN COURT
MAR 19 2025
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

*Norfolk Division*

| | |
|---|---|
| UNITED STATES OF AMERICA | ) **UNDER SEAL** |
| v. | ) CRIMINAL NO. 2:25-cr-33 |
| LINDA GORE, (Counts 1-10) | ) 21 U.S.C. § 846 <br> ) Conspiracy to Manufacture, Distribute, and <br> ) Possess with Intent to Manufacture and <br> ) Distribute Methamphetamine <br> ) (Count 1) |
| and | ) |
| | ) 21 U.S.C. § 841(a)(1) and (b)(1) <br> ) Possession and Attempted Possession with <br> ) Intent to Distribute and Distribution of <br> ) Methamphetamine <br> ) (Counts 2-8) |
| Defendants. | |
| | ) 21 U.S.C. § 856(a)(1) and (b) <br> ) Maintaining a Drug-Involved Premises <br> ) (Counts 9-10) |
| | ) 18 U.S.C § 924(d); 21 U.S.C § 853 <br> ) 28 U.S.C § 2461(c) <br> ) Criminal Forfeiture |

**INDICTMENT**

March 2025 TERM – at Norfolk

THE GRAND JURY CHARGES THAT:

<u>COUNT ONE</u>

(Conspiracy to Manufacture, Distribute, and Possess with Intent to
Manufacture and Distribute Methamphetamine)

Beginning in and around December 2021 and continuing thereafter up to and including October 7, 2022, in the Eastern District of Virginia and elsewhere, the defendants, **LINDA GORE** (**"GORE"**) and                           did knowingly and intentionally combine, conspire,

confederate, and agree with each other and with other persons, both known and unknown to the grand jury, to commit the following offenses:

1. To knowingly and intentionally manufacture, distribute, and possess with intent to manufacture and distribute a quantity of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1). The quantity of methamphetamine involved in the conspiracy is:

    a. With respect to defendants **GORE** and      the amount of methamphetamine, involved in the conspiracy attributable to each of them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to each of them, is 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, and 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, all Schedule II controlled substances, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii); and

<u>Ways, Manner, and Means of the Conspiracy</u>

The objective of the conspiracy was to make money through the importation, manufacture, and distribution of methamphetamine. The ways, manner, and means by which that objective was carried out included, but were not limited to, the following:

1. It was a part of the conspiracy that **GORE**,     separately charged co-conspirators, and unindicted co-conspirators distributed and possessed with intent to distribute quantities of methamphetamine in the Eastern District of Virginia, and elsewhere.

2. It was a further part of the conspiracy for **GORE** and     to supply and furnish methamphetamine to other conspirators on an as-needed basis in exchange for United States currency.

3. It was a further part of the conspiracy that the defendant and conspirators used communication facilities, including cellular telephones, to facilitate the distribution of

2

methamphetamine.

4. It was further part of the conspiracy for **GORE** and             to utilize various residences in Norfolk to receive, store, and process narcotics, including but not limited to the following: a) a house on E. Princess Anne Road located in Norfolk, Virginia; and b) an apartment on W. Ocean View Avenue located in Norfolk, Virginia.

## Overt Acts

The objective of the conspiracy was making money through the distribution of narcotics. In furtherance of the conspiracy and to accomplish the objective thereof, the following overt acts, among others, were committed in the Eastern District of Virginia, and elsewhere:

1. On January 5, 2022, at Norfolk, **GORE** distributed approximately 111 grams of methamphetamine to Confidential Source #1 for an amount of United States currency.

2. On July 29, 2022, at Norfolk, **GORE** and             distributed approximately 54 grams of methamphetamine to Confidential Source #2 for an amount of United States currency.

3. On September 15, 2022, at Norfolk, **GORE** distributed approximately 27 grams of methamphetamine to Confidential Source #3 for an amount of United States currency.

4. On September 29, 2022, at Norfolk, **GORE** distributed approximately 13 grams of methamphetamine to Confidential Source #3 for an amount of United States currency.

5. On October 5, 2022, at Norfolk, **GORE** and             distributed approximately 14 grams of methamphetamine to Confidential Source #3 for an amount of United States currency.

6. On October 7, 2022, at Norfolk, **GORE** and             possessed approximately 2529 grams of methamphetamine.

7. On October 7, 2022, at Norfolk, **GORE** and          possessed approximately 397 grams of methamphetamine.

(All in violation of Title 21, United States Code, Section 846.)

## COUNT TWO

(Distribution of Methamphetamine)

On or about January 5, 2022, at Norfolk, in the Eastern District of Virginia, the defendant, **LINDA GORE**, did knowingly and intentionally distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).)

## COUNT THREE

(Distribution of Methamphetamine)

On or about July 29, 2022, at Norfolk, in the Eastern District of Virginia, the defendants, **LINDA GORE** and          did knowingly and intentionally distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).)

## COUNT FOUR

(Distribution of Methamphetamine)

On or about September 15, 2022, at Norfolk, in the Eastern District of Virginia, the defendant, **LINDA GORE**, did knowingly and intentionally distribute a quantity of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).)

4

## COUNT FIVE

(Distribution of Methamphetamine)

On or about September 29, 2022, at Norfolk, in the Eastern District of Virginia, the defendant, **LINDA GORE**, did knowingly and intentionally distribute a quantity of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).)

## COUNT SIX

(Distribution of Methamphetamine)

On or about October 5, 2022, at Norfolk, in the Eastern District of Virginia, the defendants, **LINDA GORE** and                         did knowingly and intentionally distribute a quantity of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).)

## COUNT SEVEN

(Possession with Intent to Distribute Methamphetamine)

On or about October 7, 2022, at Virginia Beach, in the Eastern District of Virginia, the defendants, **LINDA GORE** and                         did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).)

## COUNT EIGHT

(Possession with Intent to Distribute Methamphetamine)

On or about October 7, 2022, at Norfolk, in the Eastern District of Virginia, the defendants, **LINDA GORE** and ⬛⬛⬛ did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).)

## COUNT NINE

(Maintaining a Drug-Involved Premises)

In and around December 2021 to in and around October 2022, in the Eastern District of Virginia, the defendants, **LINDA GORE** and ⬛⬛⬛ did knowingly and intentionally open, lease, rent, use, and maintain any place, to wit: a residence on the 3000 block of E. Princess Anne Road, in Norfolk, Virginia, permanently or temporarily, for the purpose of manufacturing, distributing, and using any controlled substance.

(In violation of Title 21, United States Code, Sections 856(a)(1) and (b).)

## COUNT TEN

(Maintaining a Drug-Involved Premises)

In and around December 2021 to in and around October 2022, in the Eastern District of Virginia, the defendants, **LINDA GORE** and ⬛⬛⬛ did knowingly and intentionally open, lease, rent, use, and maintain any place, to wit: a residence on the 1000 block of W. Ocean View Avenue, in Norfolk, Virginia, permanently or temporarily, for the purpose of manufacturing, distributing, and using any controlled substance.

(In violation of Title 21, United States Code, Sections 856(a)(1) and (b).)

## FORFEITURE

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE THAT:

1. The defendants, **LINDA GORE** and                                 if convicted of any the violations alleged in this Indictment, as part of the sentencing of the defendants, pursuant to F.R.Cr.P. 32.2 and 21 U.S.C. § 853, shall forfeit to the United States:

    a. Any property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violation;

    b. Any property, real or personal, constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the violation; and,

2. The defendants, **LINDA GORE** and                                 if convicted of any of the violations alleged in this Indictment, shall forfeit to the United States any firearm or ammunition used in or involved in the violation.

3. If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

(All in accordance with Title 21, United States Code, Section 853; Title 18, United States Code, Section 924(d); Title 28, United States Code, Section 2461(c).)

*United States v. Linda Gore, et al.;* 2:25-cr-33

A TRUE BILL:

**REDACTED COPY**

_____

FOREPERSON


Erik S. Siebert
UNITED STATES ATTORNEY

By: _____
Kristin G. Bird
Luke Bresnahan
Assistant United States Attorneys
United States Attorney's Office
101 West Main Street, Suite 6000
Norfolk, VA 23510
Office Number: 757-441-6331
Email Address:    kristin.bird@usdoj.gov
                  luke.bresnahan@usdoj.gov

8